AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL JEROME BROWN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV314-005

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 20, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is REVERSED and this case is REMANDED to the Commissioner for further consideration. This case stands closed.



July 20, 2015
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03